UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Newport News Division

DENISE N.,[1]

    **Plaintiff,**

v.                                  **CIVIL ACTION NO. 4:19cv121**

ANDREW SAUL,
Commissioner of Social Security,

    **Defendant.**

## FINAL ORDER

This matter comes before the court on Plaintiff, Denise N.'s ("Plaintiff") Motion for Summary Judgment filed on April 2, 2020. ECF No. 16. On May 4, 2020, Defendant, the Commissioner of the Social Security Administration ("Commissioner"), filed a Motion for Summary Judgment and Opposition to Plaintiff's Motion for Summary Judgment, Memorandum in Support, and Roseboro Notice. ECF Nos. 17, 18, 19.

On July 6, 2020, this matter was referred to United States Magistrate Judge Douglas E. Miller pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b), to conduct necessary hearings, including evidentiary

---

[1] The Committee on Court Administration and Case Management of the Judicial conference of the United States has recommended that, due to significant privacy concerns in social security cases, federal courts should refer to claimants only by their first names and last initials.

hearings, if necessary, and to submit to the undersigned district judge proposed findings of fact, if applicable, and recommendations for the disposition of the matter.

The United States Magistrate Judge's Report and Recommendation ("R&R"), was filed on October 26, 2020. ECF No. 20. The R&R recommends that Plaintiff's Motion for Summary Judgment be denied, the Commissioner's Motion for Summary Judgment be granted, with the final decision of the Commissioner being affirmed. By copy of the R&R, the parties were advised of their right to file written objections to the findings and recommendations made by the Magistrate Judge within fourteen (14) days from the date of the mailing of the R&R to the objecting party. Id. at 35-36. No objections were filed.

The court, having reviewed the record in its entirety, does hereby **ADOPT AND APPROVE IN FULL** the findings and recommendations set forth in the Magistrate Judge's thorough and well-reasoned R&R, filed on October 26, 2020. ECF No. 20. Accordingly, Plaintiff's Motion for Summary Judgment is **DENIED**, and the Commissioner's Motion for Summary Judgment is **GRANTED**. The final decision of the Commissioner is **AFFIRMED**, and this matter is **DISMISSED WITH PREJUDICE**.

The Clerk shall enter judgment in favor of the Commissioner and close the case on this court's docket. The Clerk is

**DIRECTED** to send a copy of this Final Order to all of the parties.

**IT IS SO ORDERED.**

/s/ Rebecca Beach Smith
Senior United States District Judge

_____
REBECCA BEACH SMITH
SENIOR UNITED STATES DISTRICT JUDGE

November 17, 2020